**Hollis LEWIS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3370.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2005.

*ORDER*

We consider whether we should vacate the court's October 24, 2005 procedural order dismissing Hollis Lewis's petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination for and instead dismiss the petition as untimely.*

Upon consideration thereof,

IT IS ORDERED THAT:

The court's October 24, 2005 order dismissing Lewis's petition for review is vacated, the mandate is recalled, and the petition is reinstated for the limited purpose of dismissing on another ground.

**Anton J. RUEHL, III, Plaintiff– Appellant,**

and

**Lorraine K. Ruehl, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–5161.

United States Court of Appeals, Federal Circuit.

Nov. 3, 2005.

Anton J. Ruehl, III, pro se.

Lorraine K. Ruehl, pro se.

*ORDER*

Upon consideration of the appellants' motion to voluntarily dismiss their appeal, from Court of Federal Claims case number 04–CV–1125,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) All sides shall bear their own costs.

---

* The order dismissing Lewis's petition as untimely is issued simultaneously with this order.